NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2021 CA 1214

BEVERLY M. LENTINI

VERSUS

SLM EDUCATION CREDIT FINANCE CORPORATION, ET AL.

*Judgment Rendered:* **APR 0 8 2022**

********

Appealed from the 19th Judicial District Court
In and for the Parish of East Baton Rouge
State of Louisiana
Case No. C688630

The Honorable Donald R. Johnson, Judge Presiding

********

| Beverly M. Lentini<br>Pinson, Alabama | Plaintiff/Appellant<br>Pro Se |
|---|---|
| David S. Daly<br>Elliot M. Lonker<br>New Orleans, Louisiana | Counsel for Defendants/Appellees<br>Eaton Group Attorneys, LLC,<br>Gregory M. Eaton, J. Marron Monsour,<br>Mia D. Etienne Strong, Paul E. Pendley,<br>and Stacey L Greaud |

********

BEFORE: McDONALD, LANIER, AND WOLFE, JJ.

Wolfe, J. concurs.

**LANIER, J.**

Beverly M. Lentini filed suit against Eaton Group Attorneys, LLC and several individually named attorneys for malicious prosecution, alleging that defendants acted maliciously and lacked probable cause in bringing three separate actions against her, on behalf of their client, for alleged unpaid student loans. In response, defendants filed a motion for summary judgment seeking dismissal of Ms. Lentini's claims. Defendants asserted that because Ms. Lentini would not be able to establish a lack of probable cause and malice, her claim of malicious prosecution must be dismissed.

Following a hearing, the district court granted summary judgment in favor of defendants, dismissing Ms. Lentini's claims with prejudice. The court found that Ms. Lentini had, in fact, acknowledged that she signed all three promissory notes in question, that the loans were disbursed, and that the loans had not been repaid. The court further noted that defendant's failure to succeed in the underlying actions did not equate to an absence of probable cause or malice.

Ms. Lentini appealed, asserting that the court erred in granting summary judgment in favor of defendants because genuine issues of material fact exist as to defendants' intent in continuing to pursue the debts despite their inability to prove a proper chain of assignment or produce the original promissory notes. After a thorough review of the law and the evidence before us, we find no error in the judgment. No genuine issue of material fact exists that would preclude the grant of defendants' motion for summary judgment.

Accordingly, and in compliance with Uniform Rules—Louisiana Courts of Appeal, Rule 2-16.2A(2), (5), and (8), we affirm, by summary disposition, the summary judgment granted in favor of Eaton Group Attorneys, LLC, Gregory M. Eaton, J. Marron Monsour, Mia D. Etienne Strong, Paul E. Pendley, and Stacey L.

Greaud. We assess all costs associated with this appeal against plaintiff-appellant, Beverly M. Lentini.

**AFFIRMED.**